## Second Department, September, 1953.

## (September 4, 1953.)

■

In the Matter Isaac Levine et al., Appellants, against Joseph Straus et al., Respondents.— Order affirmed, without costs. No opinion. Leave to appeal to the Court of Appeals granted. Nolan, P. J., Adel, Wenzel, MacCrate and Schmidt, JJ., concur.

■

In the Matter of Isaac Levine et al., Appellants, against James M. Power et al., as Commissioners of Elections of the City of New York, et al., Respondents.— Order affirmed, without costs. No opinion. Leave to appeal to the Court of Appeals granted. Nolan, P. J., Adel, Wenzel, MacCrate and Schmidt, JJ., concur.

■

In the Matter of Thomas J. Rhatigan et al., Respondents, against James M. Power et al., Constituting the Board of Elections of the City of New York, et al., Respondents, and Vincent J. Puglisi, Appellant.— Order affirmed, without costs. No opinion. Adel, Wenzel and MacCrate, JJ., concur; Nolan, P. J., and Schmidt, J., dissent and vote to reverse, with the following memorandum: Concededly appellant was at the time of his registration and enrollment in 1952 a qualified voter in the district in which he was registered. Consequently, although he may have given erroneous information in connection with his registration, his name was not unlawfully entered on the register and should not have been stricken therefrom pursuant to section 331 of the Election Law. Neither should his enrollment have been cancelled pursuant to section 332. There is no evidence that appellant made any false statement in his declaration pursuant to section 174 of the Election Law, upon which he was enrolled.

■

In the Matter of Ethel Wexler et al., Respondents, against James M. Power et al., Constituting the Board of Elections of the City of New York, et al., Respondents, and Victor L. Anfuso et al., Appellants.— Order affirmed, without costs. No opinion. Adel, Wenzel and MacCrate, JJ., concur; Nolan, P. J., and Schmidt, J., dissent and vote to reverse for the reasons stated in the dissenting memorandum in *Matter of Rhatigan* v. *Power* (*ante*, p. 838), decided herewith.

■

In the Matter of Joseph A. Zito, an Attorney.— The above-named attorney, upon his own confession and plea of guilty, having been convicted in the County Court of Kings County on the 22d day of June, 1953, of the crime of grand larceny in the first degree (a felony), and having submitted his resignation as an attorney and counselor at law, such resignation as attorney and counselor at law is accepted and his name is ordered to be struck from the roll of attorneys. Present — Nolan, P. J., Adel, Wenzel, MacCrate and Schmidt, JJ.